**DISMISS and Opinion Filed July 2, 2024**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

_____

**No. 05-24-00070-CV**
_____

**JILL BURCH-JOHNSON, INDEPENDENT EXECUTOR OF THE ESTATE OF JACKIE LEE BURCH, DECEASED AND JILL BURCH-JOHNSON, INDIVIDUALLY, Appellant**

**V.**

**21ST MORTGAGE CORPORATION, Appellee**

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-03831-2022**

## MEMORANDUM OPINION

Before Justices Smith, Miskel, and Breedlove
Opinion by Justice Smith

Appellant's brief in this case is overdue. After appellant failed to respond to our inquiry regarding the reporter's record, we ordered the appeal submitted without a reporter's record and for appellant's brief to be filed by May 16, 2024. By postcard dated May 20, 2024, we informed appellant her brief was overdue and directed appellant to file a brief within ten days. We cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice. *See* TEX. R. APP.

P. 38.8(a)(1). To date, appellant has not filed a brief nor otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 38.8 (a)(1); 42.3(b), (c).


/Craig Smith/
CRAIG SMITH
JUSTICE

240070F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

JILL BURCH-JOHNSON, INDEPENDENT EXECUTOR OF THE ESTATE OF JACKIE LEE BURCH, DECEASED AND JILL BURCH-JOHNSON, INDIVIDUALLY, Appellant

No. 05-24-00070-CV        V.

21ST MORTGAGE CORPORATION, Appellee

On Appeal from the 296th Judicial District Court, Collin County, Texas
Trial Court Cause No. 296-03831-2022.
Opinion delivered by Justice Smith. Justices Miskel and Breedlove participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

Judgment entered July 2, 2024